UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE JAMES COOLEY,

        Petitioner,

v.

FABIAN LaVIGNE, warden,

        Respondent.
_____/

Case No. 1:03-CV-883

Hon. Richard Alan Enslen

**FINAL ORDER**

In accordance with an Opinion filed this date;

**IT IS HEREBY ORDERED** that Petitioner Willie James Cooley's Objections (Dkt. No. 35) are **DENIED**, the Report and Recommendation (Dkt. No. 34) is **ADOPTED**, and Petitioner's Petition for Writ of *Habeas Corpus* (Dkt. No. 1) is **DENIED.**

Dated in Kalamazoo, MI:
November 28, 2005

    /s/Richard Alan Enslen
Richard Alan Enslen
Senior United States District Judge